UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADAM NEIBAUER,

                Plaintiff,

v.                                                                        Case No. 19-cv-0944-bhl

MATTHEW LEBOUTON,

                Defendant.

## DECISION AND ORDER

      Plaintiff Adam Neibauer is representing himself in this 42 U.S.C. §1983 case. On November 13, 2020, Defendant moved for summary judgment on the ground that Neibauer failed to exhaust the available administrative remedies before he initiated this lawsuit. Dkt. No. 20. A few days later, the Court notified Neibauer that he was required to file his materials in response to the motion by December 14, 2020. Dkt. No. 24. The Court warned him that failure to respond by the deadline was sufficient cause for the Court to grant the motion. On December 16, 2020, at Neibauer's request, the Court extended his deadline to respond to January 15, 2021. Dkt. No. 26. The Court again warned Neibauer that, if he failed to respond to the motion, the Court would grant the motion.

      The deadline has passed, and Neibauer did not respond to Defendant's motion. Accordingly, the Court will grant Defendant's motion and dismiss this case.

      **IT IS THEREFORE ORDERED** that Defendant's motion for summary judgment on exhaustion grounds (Dkt. No. 20) is **GRANTED** and this case is **DISMISSED without prejudice**. The Clerk will enter judgment accordingly.

      Dated at Milwaukee, Wisconsin this 26th day of January, 2021.

                                                    BY THE COURT:

                                                   s/ *Brett H. Ludwig*
                                                   BRETT H. LUDWIG
                                                   United States District Judge